**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-7320**

───────────

JAMES MICHAEL LEFAIVRE,

                                    Petitioner - Appellant,

        versus

ALEXANDER M. FRANCIS; ATTORNEY GENERAL FOR THE
STATE OF MARYLAND,

                                    Respondents - Appellees.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-99-
2112-AMD)

───────────

Submitted:  November 18, 1999        Decided:  November 24, 1999

───────────

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

James Michael Lefaivre, Appellant Pro Se.  Ann Norman Bosse, Jason
Trumpbour, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Michael Lefaivre appeals the district courts order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See <u>Lefaivre v. Francis</u>, No. CA-99-2112-AMD (D. Md. Aug. 31, 1999).<sup>*</sup> We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

    [*] Although the district court's order is marked as "filed" on August 27, 1999, the district court's records show that it was entered on the docket sheet on August 31, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).